CA 08 82 ML

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Rhode Island |
|---|---|
| Name (under which you were convicted): Richard L. McVeigh | Docket or Case No.: |
| Place of Confinement: | Prisoner No.: 51739 |
| Petitioner (include the name under which you were convicted) Richard McVeigh | v. Respondent (authorized person having custody of petitioner) State of Rhode Island |
| The Attorney General of the State of Rhode Island | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Rhode Island Superior Court 250 Benefit St. Providence, R.I. 02903

   (b) Criminal docket or case number (if you know): P1-93-1915A

2. (a) Date of the judgment of conviction (if you know): June 30 1993

   (b) Date of sentencing: Aug. 20, 1993

3. Length of sentence: Life Consecutive to Life

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
   First degree sexual assault - Vaginal - times four
   First degree sexual assault - Fellatio - times four
   Count 1 to 4 - life Consecutive
   Count 4 to 8 - life Consecutive

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N-A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Rhode Island Supreme Court

(b) Docket or case number (if you know): 94-116

(c) Result: appeal denied

(d) Date of result (if you know): June 29, 1995

(e) Citation to the case (if you know): 660 A2d 269

(f) Grounds raised: 1) Preclude testimony as to other acts. (2) Justice asking questions of Complaining witness (3) Erred in giving Cautionary instruction to the jury - refusing to pass - (4) Denying request to recall two state witness. (5) Erred in sentencing to two Consecutive life sentences.

(g) Did you seek further review by a higher state court? Yes ☐ No ☑

If yes, answer the following:

(1) Name of court: N-A

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): P1-93-1915A

(3) Date of filing (if you know): Aug. 11 1995

(4) Nature of the proceeding: Rule 35 Motion to Reduce sentence

(5) Grounds raised: Disproportionate sentence
Citation - 683 A2d 375
Represented by attorney from Public Defenders office.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: Denied

(8) Date of result (if you know): Oct 23 1995

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Providence Supreme Court

(2) Docket or case number (if you know): 96-175

(3) Date of filing (if you know): ~~a~~ Feb. 15 1996

(4) Nature of the proceeding: Appeal Rule 35 Motion

(5) Grounds raised: Disproportionate sentence
Represented by attorney from Public Defenders office.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: appeal denied

(8) Date of result (if you know): Oct. 17 1996

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): P.M. - 98-1217

(3) Date of filing (if you know): Nov. 27 1996

(4) Nature of the proceeding: Post Conviction Relief

(5) Grounds raised: Statute of Limitation 12-12-17 and Ineffective Assistance of Counsel - befor during and after trial

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: Denied

(8) Date of result (if you know): April 24 2006

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☑ No ☐

(2) Second petition: Yes ☑ No ☐

(3) Third petition: Yes ☑ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Appeal on Post Conviction was denied on Dec. 17 2007 Appeal no 06-130

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violation of Sixth and Fourteenth Amendment to the U.S. Const. Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial Counsel went into Judges Chambers without Court reporter and decided "Not" to present D.C.F investigation report. this report shows perjuried testimony given to the jury. Report is "evidence No one" also the jury was deprived from forming an opinion of truthfulness or Credibility of the testimony by the states complaining witness by "Not" presenting the investigation report

(b) If you did not exhaust your state remedies on Ground One, explain why: R I Court don't let you raise Ineffective Assistance of Counsel until Post Conviction ~~R.I~~ Relief

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: R.I. Courts don't let you raise the above issue until Post Conviction Relief

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective Assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit st. Prov. R.I

Docket or case number (if you know): 98-1277

Date of the court's decision: April 18 2002

Result (attach a copy of the court's opinion or order, if available): Court opinion enclosed

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Courts 250 Benefit st. Prov. R.I

Docket or case number (if you know): 06-136

Date of the court's decision: Dec. 17, 2007

Result (attach a copy of the court's opinion or order, if available): Post Conviction appeal denied - see attached order

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N-A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N.A.

GROUND TWO: Violation of Sixth and Fourteenth amendment to the U.S. Const. - Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): trial Counsel was incompetent by "not" secureing Dr. Frank Fallon's examination of the states Complaining witness - his findings given to D.C.F was the states Complaining witness "was not sexually active" as of

Aug 1981 - his findings and report ended the D.C.F investigation - the case was closed - see Cravens memo of law - regarding Dr. Fallons examination and his finding page 5

(b) If you did not exhaust your state remedies on Ground Two, explain why: "No pre-trial investigation" R I Courts do not address Ineffective assistance of Counsel until Post Conviction claim.

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: R. I. Courts do not permit claims of ineffective assistance of Counsel until Post Conviction

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective Assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit st Prov. R.I

Docket or case number (if you know): P.M. 98-1217

Date of the court's decision: April 18, 2006

Result (attach a copy of the court's opinion or order, if available): Post Conviction appeal was denied see enclosed order

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit st. Prov. R. I

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 17 2007

Result (attach a copy of the court's opinion or order, if available): Post Conviction appeal denied - see attached order.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N.A

GROUND THREE: Violation of Sixth and Fourteenth amendment to the U.S. Const. - Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): trial Counsel was incompentent by "Not" securing a copy of reporters notes from family Court - State Complaining witness testified on behalf of their Movant - Movant was found to be "a fit and proper person" for custody of his daughter. Jury was denied forming an opinion of the truthfulness or Credibility of testimony they were given. "No pre-trial investigation"

(b) If you did not exhaust your state remedies on Ground Three, explain why: R I Courts don't let you raise Ineffective assistance of Counsel until Post Conviction Relief Claims

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: R.I Courts do not permit ineffective assistance of Counsel until post Conviction

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Courts 250 Benefit St. Prov. R.I.

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 15 2006

Result (attach a copy of the court's opinion or order, if available): See attached opinion Post Conviction Relief - denied

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit st. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 17 2007

Result (attach a copy of the court's opinion or order, if available): order enclosed Post Conviction appeal was denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N.A.

GROUND FOUR: Violation of Sixth and Fourteenth amend-ment to U.S. Cont. - Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Did not present school records showing alleged victim was enrolled in two high schools - trial testimony was she was forced to quit at 16. Goes to perjured testimony No pre-trial investigation by Defence attorney.

(b) If you did not exhaust your state remedies on Ground Four, explain why: RI Courts don't let you raise Ineffective Assistance of Counsel until Post Conviction Relief claims

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: R I Courts do not address Ineffective assistance until Post Conviction Claim

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit St. Prov. R.I

Docket or case number (if you know): ~~XX XXX~~ P.M. 98-1217

Date of the court's decision: ~~XXX XX XXXX~~ April 18 2006

Result (attach a copy of the court's opinion or order, if available): Post Conviction Relief Denied - see attached order

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit st. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 17 2007

Result (attach a copy of the court's opinion or order, if available): Post Conviction Relief appeal was denied see attached order

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: R.I Court do not address Ineffective Assistance Claim untill Post Conviction Relief Claim

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N.A.

See attached pages 12-b - 12C - 12-D - 12-E 12-F - 5 to 9

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N A.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

GROUND five Violation of Sixth & Fourteenth amendment Ineffective Assistance of Counsel & Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): No Pre-trial investigation into Paula McVeigh 11th hr. disclosure Paula's statement to D.C.F "My father never touched me"; after it was learned Paula has a romantic relationship with her female high school Coach - Paula's statement changed to "My father touched me the day befor my 10th birthday"; State withheld the fact Paula told a friend - defence was not told - came out durning trial - Paula told the state attorney at the start of trial.

(b) If you did not exhaust your state remedies on Ground [redacted], explain why: R. I. Courts don't address Ineffective Assistance of Counsel claim untile Post Conviction Relief

(c) Direct Appeal of Ground five

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: RI Courts do not permit ineffective Assistance of Counsel

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective Assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit st. Prov R.I.

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 18 2006

Result (attach a copy of the court's opinion or order, if available): See opinion attached to evidence (enclosed)

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)([redacted]) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)([redacted]) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit St. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 12 2007

Result (attach a copy of the court's opinion or order, if available): order attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground [redacted]: N.A.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N.A.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

GROUND six Violation of Sixth and Fourteenth amendment to the U.S. Cont. - Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See evidence package no Six - Supplemental to Plaintiffs objection - No pre-trial investigation by trial attorney. other contacts initiated by states complaining witness - perjured testimony. Jury denied forming opinion of truthfulness or credibility of trial testimony from the states complaining witness.

(b) If you did not exhaust your state remedies on Ground [redacted], explain why: R.I Courts don't address Ineffective assistance claim until Post Conviction Relief.

(c) Direct Appeal of Ground six

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: RI Courts do not permit ineffective assistance of Counsel

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective Assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Courts 250 Benefit st. Prov. R.I 02903

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 18 2006

Result (attach a copy of the court's opinion or order, if available): See opinion attached to evidence (enclosed)

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)([redacted] is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)([redacted]) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit St. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 17 2007

Result (attach a copy of the court's opinion or order, if available): order attached Post Conviction Relief Appeal-Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N. A.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground F[redacted]: N.A.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

/23

GROUND seven - Violation of Sixth and Fourteenth amend-ment to U.S. Const. - Ineffective assistance of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Tina McVeigh + Tina testified about other Contacts between the state Complaining witness and Movant - showing perjuried testimony was given to the jury. No pre-trial investigation - Tina and state Complaining witness talked about their testimony (story) they would give the grand-jury and trial jury - see transcripts of out take - evidence package no seven. Truthfulness & Credibility of testimony in question!

(b) If you did not exhaust your state remedies on Ground [redacted], explain why: R.I. Courts do no address Ineffect assistance of Counsel Claims until Post Conviction Relief claim

(c) Direct Appeal of Ground seven

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: RI Courts do not permit ineffective assistance of Counsel

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit St. Prov. RI 02903

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 18 2006

Result (attach a copy of the court's opinion or order, if available): See opinion attached to evidence (enclosed)

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)([redacted] is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)([redacted]) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit St. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 12 2007

Result (attach a copy of the court's opinion or order, if available): order attached Post Conviction Relief appeal - denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground [redacted] N.A.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

GROUND eight Violation of Sixth and Fourteenth Amendment to U.S. Const. Ineffective assistance of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): "Verified" Petition for Post Conviction Relief. Attorney Vale should have testified why he with drew - and why one of his claims was financial hardship? Did the state road block his investigation or representation?? No investigation by Attorney Mark Smith. Attorney Cravens memo of law states "Doctor's exam of" Cynthia is not sexually active" goes to the Credibility of the victim - saying Cynthia's story is not creditable

(b) If you did not exhaust your state remedies on Ground [redacted], explain why: R. I. Courts do not address Ineffective assistance of Counsel claim until Post Conviction Relief.

(c) Direct Appeal of Ground eight

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: RI Courts do not permit ineffective assistance of Counsel

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective assistance of Counsel

Name and location of the court where the motion or petition was filed: Providence Superior & Supreme Court 250 Benefit st. Prov. R.I. 02903

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 18 2006

Result (attach a copy of the court's opinion or order, if available): See opinion attached to evidence (enclosed)

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit St. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 12 2007

Result (attach a copy of the court's opinion or order, if available): order attached Post Conviction Relief - Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground [illegible] N.A.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N.A.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

12F

GROUND Nine Violation of Sixth and Fourth Fourteenth Amendment to U.S. Const. - Ineffective assistants of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Failure to raise the Statute of Limitation 12-12-17 as a defence - Movants alleged acts happened ten (10) yrs before the bringing of indictment - Statue requires three yrs. to bring charges - See seperate Motion with evidence, at best the 1981 12-12-17 Statute of Limitation is Ambiguous because in 1988 the entire wording within the statute was changed. See Enclosed Motion on Movants findings. No pre-trial investigation

(b) If you did not exhaust your state remedies on Ground [redacted], explain why: R.I. Courts do not hear Ineffective Assistance of Counsel until the Post Conviction Relief claim.

(c) Direct Appeal of Ground Nine

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: R.I. Courts do not permit ineffective assistance of Counsel

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Ineffective Assistance of Counsel

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): PM 98-1217

Date of the court's decision: April 18 2006

Result (attach a copy of the court's opinion or order, if available): See opinion attached to evidence (enclosed)

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)([redacted] is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)([redacted]) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Superior and Supreme Court 250 Benefit St. Prov. R.I.

Docket or case number (if you know): 06-130

Date of the court's decision: Dec. 12 2007

Result (attach a copy of the court's opinion or order, if available): order attached Post Conviction Relief Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N.A.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground [redacted]: N.A

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. NA

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N.A.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Attorney Frances X Mackey 300 Richmond st. Providence RI 02903

(b) At arraignment and plea: Same as A

(c) At trial: Same as A

(d) At sentencing: Same as A

(e) On appeal: Same as A

(f) In any post-conviction proceeding: Kennith Vale 63 Sockanosset Cross Rd Cranston and Mark Smith 176 Eddie Dowling Hwy. N. Smithfield

(g) On appeal from any ruling against you in a post-conviction proceeding: Attorney Christopher S. Gontarz 314 Oliphant Lane Middletown R.I. 02842

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N-A

(b) Give the date the other sentence was imposed: ____________

(c) Give the length of the other sentence: ____________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* Due to the avenue provided R.I. state Judicial system in criminal Convictions. Not all issues from a Criminal complaint are allowed in a direct appeal, thus the Criminal defendant must proceed to a post Conviction relief application, only "after" the direct decision from appeal has been rendered to adjudicate all subsequent issue's not Considered Constitutional under R.I. law such as Ineffective Assistance of Counsel. Movant is Now timely filing this Petition as final decision was rendered on Dec. 17, 2007 by the R.I Supreme Court on Movants Post Conviction Relief appeal - Case No. 06-130.

As of Dec. 17, 2007 all State appeals have been presented. However Movant still claims Ineffective assistance of Counsel as counsel did not present all the evidence to the jury - as is outlined in the Strickland test - there-by depriving the jury of an opinion of truthfulness or Credibity of the testimony they were given by state witnesses - in fact the jury received perjuried testimony from the states Complain-ing witness - as well as others.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: "Vacate Conviction" Movant "did not" receive a "fair trial" under the rules out lined in Strickland-v-Washington

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 2-25-08 (month, date, year).

Executed (signed) on 2-25-08 (date).

Richard McVeigh pro-se

Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________

______________________________

______________________________

IN FORMA PAUPERIS DECLARATION

U.S. District Court of Rhode Island

[Insert appropriate court]

* * * * *

Fee of $5.00 for filing well be forwarded

Richard McVeigh