RECEIVED
MAR 07 2008
Property of U.S. District Court
District of Rhode Island

Feb 29, 2008

Inmates Account

[Enclosed] is a copy of R.I.G Law 42-56-22 please take note of section B.

I request you take the cost of this Court action [appeal under 2254] from my [forgon account]. [filing fee, postage and legal copies]

I also call your attention to the money in my debt. D.O.C attorney Kathleen Kelly advises me, if my account is in the negative only 50% of funds deposited be taken! If you'll note my account, you take 100%.

If you have a question on the above please let me know, and I'll send you a copy of the letter dealing with 50% issue.

I thankyou for your time

Richard McVeigh 51739
J.J.M. Med Sec #1
ER-41

C.C. File
Enclosures
R.I. G.L. 42-56-22
Inmate ledger.

Please advise me if their is a problem taking 50% of negative bal??

R. McV.

(k) *No confinement in college or university housing facilities.* Notwithstanding any provision of the general laws to the contrary, no person eligible for community confinement shall be placed in any college or university housing facility, including, but not limited to, dormitories, fraternities or sororities. College or university housing facilities shall not be considered an "eligible residence" for "community confinement."

(*l*) A sentencing judge shall have authority to waive overnight stay or incarceration at the adult correctional institution after the sentencing of community confinement. Such a waiver shall be binding upon the adult correctional institution and the staff thereof, including, but not limited to the community confinement program.

**History of Section.**
P.L. 1989, ch. 498, § 2; P.L. 1992, ch. 429, § 1; P.L. 1994, ch. 70, art. 40, § 1; P.L. 1995, ch. 370, art. 40, § 137; P.L. 2001, ch. 181, § 1; P.L. 2001, ch. 379, § 1; P.L. 2004, ch. 6, § 20; P.L. 2007, ch. 312, § 1.

**42-56-22. Labor by persons committed on mesne process or to answer criminal charge.** — (a) Every person who shall be committed to the adult correctional institutions to answer for any criminal offense, whether convicted or awaiting trial, or on mesne process in any qui tam or penal action, or on mesne process or execution in any civil action, may be permitted to labor in the discretion of the director, or his or her designee, for the state, and in that case may be paid not more than three dollars ($3.00) a day for every day he or she shall labor with the express consent of the director, or his or her designee, of the department, to be credited to the prisoner's account by the assistant director of administration, or his or her designee, and to be disbursed to the prisoner in accordance with the rules and regulations of the institutions; provided, further, however, there shall be maintained on account at all times at least twenty-five percent (25%) of the earnings of each prisoner up to a maximum of one hundred dollars ($100) for those persons serving a sentence of life imprisonment without parole under §§ 11-23-2, 12-19.2-1 et seq., and up to a maximum of one thousand dollars ($1,000) for all other prisoners; those funds to be turned over to the prisoner at the time of his or her release from the institution, the funds being his or her property; the moneys to be paid to the prisoner by order of the assistant director of management services upon the general treasurer.

Note (b) Nothing contained in this section shall prevent the use of the funds in the account for the payment of any court fees and court costs required to be paid for the filing, prosecution, and defense of any action.

**History of Section.**
P.L. 1976, ch. 290, § 1; P.L. 1979, ch. 69, § 1; P.L. 1983, ch. 56, § 1; P.L. 1987, ch. 168, § 1; P.L. 1991, ch. 183, § 2; P.L. 1992, ch. 354, § 1; P.L. 2007, ch. 480, § 1.