**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD MCVEIGH**

**v.** **C.A. No. 08-082 ML**

**A.T. WALL**

**Memorandum and Order**

Richard McVeigh, *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is the motion of the petitioner for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of the motion, said motion is **DENIED.** Petitioner indicated in his motion that he earns $60.00 a month for "prison work" and has $500.00 in his "prison account." Accordingly, he has sufficient funds to pay the initial filing fee of $5.00 and no other fees are required.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 11 MAR 08