**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD MCVEIGH** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-082 ML** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |
| **And A.T. WALL, Director of the** | : | |
| **Rhode Island Department of** | : | |
| **Corrections, et al.** | | |

**MOTION FOR EXTENSION OF TIME**

Now comes the State of Rhode Island, by and through its attorneys, and respectfully requests that this Honorable Court extend the time in which to file its response to Petitioner's Petition For Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2254, in the above-captioned matter, up to and including April 10, 2008. In support of this motion, the State relies upon the attached Memorandum of Law.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Virginia M. McGinn**

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: Richard McVeigh, Pro Se, P.O. Box 8274, Cranston, RI 02920.

/s/ Virginia M. McGinn

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD MCVEIGH** | : | |
| | : | |
| **vi.** | : | **C.A. No. 08-082 ML** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |
| **And A.T. WALL, Director of the** | : | |
| **Rhode Island Department of** | : | |
| **Corrections, et al.** | | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR EXTENTION OF TIME**

In support of its Motion for Extension of Time, the State avers that although it requested the transcript from state court several weeks ago, the transcript just became available today. Now that the State has the transcript in the post-conviction case below, PM-1998-1217, an extension of time is necessary to complete said response to the Writ of Habeas Corpus.

Wherefore, the State respectfully requests an extension up to and including April 10, 2008.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Virginia M. McGinn**

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 27, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: Richard McVeigh, Pro Se, P.O. Box 8274, Cranston, RI 02920.

/s/ Virginia M. McGinn



PDF created with pdfFactory trial version www.pdffactory.com