UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD McVEIGH

v. CA 08-082 ML

STATE OF RHODE ISLAND and
A.T. WALL, Director, Rhode Island
Department of Corrections, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to a Report and Recommendation issued by Senior United States Magistrate Judge Hagopian on July 14, 2008. This Court has reviewed Petitioner's objections and the Report and Recommendation. Having done so, this Court finds that Magistrate Judge Hagopian's factual findings are supported by the record and his conclusions of law are consistent with relevant precedent. The Court further finds that Petitioner's objections lack merit.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Respondent's Motion to Dismiss is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 28 , 2008