# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RICHARD McVEIGH

v. **C.A. NO: 08-082ML**

**STATE OF RHODE ISLAND and**
**A.T. WALL, Director**
**Rhode Island Department of**
**Corrections and The State of Rhode Island**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the defendants, A.T. Wall and the State of Rhode Island, against the Plaintiff, Richard McVeigh, pursuant to the Memorandum and Order dated July 28, 2008 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian dated July 14, 2008 pursuant to Title 28 U.S.C. § 636(b)(1). The defendants' Motion to Dismiss is hereby GRANTED.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: July 28, 2008**