United States District Court
for the District of Rhode Island

Richard McVeigh U.S. District Court
vs
State of Rhode Island Case no 08-082 M.L.
and A.T. Wall Director
R.I. Department of
Corrections, et al.

[Notice of Appeal]

Now comes the above named [Movant] and here-by files [a Notice of Appeal].

Notice is given the U.S. District Court of Providence R.I. on this 31st day of July 2008,

On Movants denial pursuant to 28 U.S.C. § 2254 petition to this court.

This Movant will file a request for [Certificate of Probable Cause] on Aug. 4, 2008, in order to move his case forward to the U.S. Court of Appeals for the First Circuit.

Respectfully submitted
Richard McVeigh
P.O. Box 8274
Cranston, R.I. 02920

[Certification]

A copy of the enclosed Motion was mailed to the R.I. Attorney General 150 So. Main St. Providence R.I. on July 31 2008 - R. McVeigh

United States District Court
District of Rhode Island

Richard McVeigh U.S. District Court
-VS-
State of Rhode Island Case no. 08-082 M.L.
and A.T. Wall Director
R.I. Department
of Corrections, et al.

[Movants entire file forward to]
First Circuit Court of Appeals

Now comes the above named [Movant] and here-by [requests],
Movants entire file, Motions with supporting evidence be sent to the U.S. Court of Appeals for the First Circuit.

Respectfully submitted
Richard McVeigh
P.O. Box 8274
Cranston, R.I. 02920