UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

August 6, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 08-082ML **CCA# ____________________**
Richard McVeigh v. State of Rhode Island, et al.

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL as to the above-referenced case. Please note that the appellant has not yet filed a Motion for Certificate of Appealability. Upon our receipt of same and subsequent ruling on that motion by the district court, the record on appeal will be forwarded to your office.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

______________________
DEPUTY CLERK

Encl:
**Document # 14: Notice of Appeal, Document #13: Judgment, Document #12: Memorandum & Order.**
**Certified docket**