2

United States District Court
District of Rhode Island

Richard McVeigh — U.S. District Court
-VS- — Case no. 08-082 M.L.
State of Rhode Island
and A.T. Wall Director
R.I. Department
of Corrections, et al.

[Certificate of Appealability]

Now comes the above named [Movant] Richard McVeigh and here-by request;
"A Certificate of Appealability" from a denial of a 2254 Petition to the U.S. District Court of Rhode Island

[Jurisdiction]

This Court has full and complete jurisdiction; 28 U.S.C. 2253 Civil Rule Proc. 22

[Argument in Brief]

1) Ineffective Assistance of Counsel- evidence not presented to the jury, limitted pre-trial investigation.

2) Violation under Strickland-v-Washington 466-U.S. 688- evidence not given to the jury their-by depriveing the jury from forming an opinion of the truthfulness or Credibility of the testimony they were given, and deprived their Movant of a Fair Trial, under Strickland

3) Judicial Error - Movant was denied an evidentiary hearing at the start of his trial, testimony was given to the jury, that was not in the police statement the defence received as discovery. Defence attorneys Objection was denied. [District Court file #Ex #5]

4) Prosecutorial Misconduct - The states attorney [deliberately] with held evidence at the start of the trial. "Paula told a friend" this was uncovered during questioning by the defence. [Please see evidence package exhibit #5]

5) [Ambigousness] of the 12-12-17 Statute of Limitations (1981 Amended), please see Motion and supporting evidence, in Movants evidence package, exhibit no Nine. This Movants argument is "Ambigous statute or law falls in favor of the defence". "Such statutes are always construed strictly against the State; [G.L. 1938, C 625 § 12.] State-v-Patriarca (R.I June 25, 1945)

[Travel of Movants Case]

On June 30, 1993 Movant was Convicted of eight counts of first degree sexual assault, by his daughter Cynthia McVeigh from the years 1981 to 1983 from the age of 15 to 18.

Movant received consecutive life sentences his conviction was affirmed in State-v-McVeigh 660 A2d 269 (R.I 1995)

Movants sentence reduction was [denied] and affirmed in State-v-McVeigh 683A2d375 (R.I 1995).

Movant petitioned for Post Conviction Relief on Nov. 27, 1996, Superior Court denied Movants Petition on april 24, 2006, denial was affirmed on Dec. 17, 2007

Petition pursuant to 28 U.S.C. § 2254 was filed in U.S. District Court of Rhode Island on Feb 29, 2008, Magistrate Hagopian denial was on July 14, 2008

Justice Mary M. Lisi affirmed the Magistrate's decision on July 28, 2008.

This Movant relies on the U.S. Supreme Courts ruleing in [Strickland-v-Washington] 466 U.S. 688, this Court held; "a fair trial" is one in which [evidence] is presented to an impartial tribeunal for the resolutions of issues defined in advance". All Movants evidence [was not] given to the jury, their-by allowing [perjuried testimony] to go unchallanged, also depriveing the jury of 12 from forming an opinein of the truthfulness or Credebility of the testimony they were given. This Movant [did not] receive a fair trial.

Respectfully submitted
Richard McVeigh pro-se

court

United States District Court
District Court of Rhode Island

1

Richard McVeigh
-v-
State of Rhode Island
and A.T. Wall Director
R.I. Department of
Corrections, et. al.

U.S. District Court

Case no. 08-082 M.L.

[Certification]

I here-by certify that I sent a copy of the [enclosed] to the following by first-class mail; "Office of the R.I. Attorney General 150 South Main Street Providence R.I. 02903"
On this 4 day of aug 2008

Respectfully
Richard McVeigh
P.O. Box 8274
Cranston, R.I 02920