1

United States Court of Appeals
for the First Circuit

Richard McVeigh — U.S. District Court
-VS-
State of Rhode Island — First Circuit
Case no. 08-1997

[Application to Proceed Without]
[Prepayment of Court Cost]

Now comes the above named [Movant] and here-by avers;

In the above-entitled proceeding: that in support of my request to proceed without prepayment of [Court Cost] under [28 USC § 1915] I declare that I am unable to pay the cost of these proceeding.

My incarceration since [Sept. 25, 1992] leaves this Movant without funds. See enclosed inmate account ledger.

In the interest of Justice Movant prays this Honorable Court Grant the above request.

Respectfully submitted
Richard McVeigh pro-se
P.O. Box 8274
Cranston, R.I. 02920

5

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Case no. 08-082 M.L.

Richard McVeigh pro-se

v

State of Rhode Island

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

First Circuit Case no. 08-1997

I, Richard McVeigh, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (✓)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________

______________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

1991 last year of employment

______________________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes (✓) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

See enclosed inmate account ledger - receiver $67.50 a mo.



(over)

Movant pays for legal copies, postage envelopes, paper, health care products under-ware, socks, co-pay medical $521.00 from Jan. to July received

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (✓) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.
$624.77 savings account with no interest to Movant since 2002

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (✓)

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
None

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on Aug. 10 2008
(Date)

Richard McVeigh pro-se
(Signature)

RESPONSE

1. Have you had the assistance of an attorney, other law-trained personnel, or writ writers since the conviction your petition is attacking was entered?

Yes ✓ No ____________

2. If you checked "yes" above, specify as precisely as you can the period(s) of time during which you received such assistance, up to and including the present.

Court appointed for trial, appeal, sentence reduction & appeal post-conviction & appeal. State Court recognized Movant is an indigent defendant/petitioner and appointed Counsel to represent him. In the interest of justice

3. Describe the nature of the assistance, including the names of those who rendered it to you.

1- Trial and appeal - attorney Frances X Mackey
2- Sentence reduction & appeal Public Defender's office
3- Post Conviction attorney Kenneth Vale
attorney Mark Smith for appeal of Post Conviction.
Note: see evidence package exhibit nine - by attorney Vale's representation.

4. If your petition is in jeopardy because of delay prejudicial to the state under Rule 9(a), explain why you feel the delay has not been prejudicial and/r why the delay is excusable under the terms of Rule 9(a). This should be done by relying upon FACTS, not your opinions or conclusions.

5. If your petition is in jeopardy under Rule 9(b) because it asserts the same grounds as a previous petition, explain why you feel it deserves a reconsideration. If its fault under Rule 9(b) is that it asserts new grounds which should have been included in a prior petition, explain why you are raising these grounds now rather than previously. Your explanation should rely on FACTS, not your opinions or conclusions.

Executed on Aug 10 2008
(Date)

Richard McVeigh
(Signature)