United States District Court
District of Rhode Island

Richard McVeigh
-V-
State of Rhode Island

U.S. Court of Appeals
First Circuit
[Case no 08-1997]
District Court no 08--082 M.L.

[Movants Affidavit]

Now comes the above named [Movant] and here-by avers;

This Movant has been recognized by the Rhode Island courts as an [indigent] defendant-petitioner since [Sept. 1992].

This Movants savings of $624.77 would be needed, [if] in the interest of Justice, this Court grants Movants request for a New Trial.

On the enclosed information this Movants prays this court grant his Motion to proceed without payment of Court Cost.

Respectfully submitted
Richard McVeigh pro se
P.O. Box 8274
Cranston, R.I 02920

[Certification]

A Copy of the enclosed has been mailed to Attorney Virginia M. Mc Ginn, Dept. of A.G. 150 So. Main St. Providence R.I 02903 on Aug. 12, 2008

Richard McVeigh