1

United States Court of Appeals
for the First Circuit

Richard McVeigh
-VS-
State of Rhode Island

U.S. District Court
First Circuit
Case no. 08-1987

Granted. Mary M. Lisi USDJ 8/19/08

[Application to Proceed Without]
[Prepayment of Court Cost]

Now comes the above named [Movant] and here-by avers;

In the above-entitled proceeding: that in support of my request to proceed without prepayment of [Court Cost] under [28 USC § 1915] I declare that I am unable to pay the cost of these proceeding.

My incarceration since [Sept. 25 1992] leaves this Movant without funds. See enclosed inmate account ledger.

In the interest of Justice Movant prays this Honorable Court Grant the above request.

Respectfully submitted
Richard McVeigh pro-se
P.O. Box 8274
Cranston, R.I. 02920