UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 20, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CASE NUMBER: CA 08-082ML **CCA# 08-1997**

TITLE OF CASE: Richard McVeigh v. State of Rhode Island, et al.

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL as to the above-referenced case and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______________________
John Duhamel
Deputy Clerk

Encl:
**Case file; certified docket**