UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 20, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CASE NUMBER: CA 08-082ML **CCA# 08-1997**

TITLE OF CASE: Richard McVeigh v. State of Rhode Island, et al.

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL as to the above-referenced case and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

RECEIVED
AUG 22 2008
DONNA BARCHARD
8-1997

Encl:
**Case file; certified docket**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

August 6, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 08-082ML
Richard McVeigh v. State of Rhode Island, et al.

CCA# 08-1997
[signature], Case manager

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL as to the above-referenced case. Please note that the appellant has not yet filed a Motion for Certificate of Appealability. Upon our receipt of same and subsequent ruling on that motion by the district court, the record on appeal will be forwarded to your office.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT
[signature]
DEPUTY CLERK

Encl:
**Document # 14: Notice of Appeal, Document #13: Judgment, Document #12: Memorandum & Order.**
**Certified docket**